First Department, December, 1918.     [Vol. 186.

ANNIE M. LYON v. JOHN W. RITCHIE and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

BRADY OLTARSH CONSTRUCTION COMPANY v. THE CITY OF NEW YORK. — Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

W. EDSON ANDREWS v. COSMOPOLITAN BANK.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

MYRON M. STUDNER v. H. & N. CARBURETOR COMPANY, INC.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

BRADLEY CONTRACTING COMPANY v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

In the Matter of ALFRED G. VANDERBILT, Deceased.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

RUFUS P. HUBBARD v. ELIZA P. HUBBARD.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OAKLAWN CORPORATION v. JAMES A. DONEGAN, Register, etc.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CENTURY HOLDING COMPANY v. EBLING BREWING COMPANY.— Motions denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

LUCIAN RESSIG v. WALDORF-ASTORIA COMPANY.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

ESTHER DOBRINSKY, an Infant, etc., v. BARNET WEINER, Impleaded, etc., — Motion denied, with ten dollars costs. Present — Dowling, Laughlin. Smith, Page and Shearn, JJ.

P. ASHLEY CHASE v. HERMAN ETTINGER.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

NEW YORK LIFE INSURANCE COMPANY v. HENRIETTA S. MYERS and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE JAMES MCCREERY REALTY CORPORATION v. REUBEN SADOWSKY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CHARLES LEOPOLD v. THE CITY OF NEW YORK.— Motions denied. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

GEORGE R. HAMILTON v. HARVEY A. WILLIS and Others.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

HERBERT S. SISSON, as State Commissioner of Excise, v. WILLIAM TODD, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CHARLES A. ROBINSON and Others v. ANNIE B. HYATT and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.